# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TAMECKA BROWN & DESMOND CURRY        Case Number: 08-70082
6419 EDGEWOOD ROAD        SSN-xxx-xx-8540 & xxx-xx-3369
MACHESNEY PARK, IL  61115

Case filed on: 1/14/2008
Plan Confirmed on: 6/27/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,200.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JAMES A YOUNG | 3,500.00 | 3,500.00 | 2,048.01 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,048.01 | 0.00 |
| 005 | KAHIRA WOOTEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | ILLINOIS DEPT OF HEALTHCARE | 3,080.42 | 3,080.42 | 0.00 | 0.00 |
|  | Total Priority | 3,080.42 | 3,080.42 | 0.00 | 0.00 |
| 999 | TAMECKA BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | OCWEN FEDERAL BANK FSB | 15,472.98 | 15,472.98 | 0.00 | 0.00 |
|  | Total Secured | 15,472.98 | 15,472.98 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 3,669.10 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICIAS SERVICING COMPANY | 229,524.78 | 0.00 | 0.00 | 0.00 |
| 003 | LITTON LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN GENERAL FINANCIAL SERVICES | 7,150.49 | 715.05 | 0.00 | 0.00 |
| 007 | ASSET ACCEPTANCE CORP | 456.68 | 45.67 | 0.00 | 0.00 |
| 008 | ASSET ACCEPTANCE CORP | 406.33 | 40.63 | 0.00 | 0.00 |
| 009 | ASSET ACCEPTANCE CORP | 333.45 | 33.34 | 0.00 | 0.00 |
| 010 | ASSET ACCEPTANCE CORP | 267.23 | 26.72 | 0.00 | 0.00 |
| 011 | BARNES AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CDA / PONTIAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CITY OF CHICAGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CITY OF CHICAGO | 10,496.25 | 1,049.62 | 0.00 | 0.00 |
| 015 | COLUMBIAFC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COLUMBIAFC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FIRST CONSUMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 1,936.62 | 193.66 | 0.00 | 0.00 |
| 022 | ILDPTPUBAID | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ILLINOIS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ILLINOIS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ILLINOIS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ILLINOIS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ILLINOIS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ILLINOIS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ILLINOIS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ILLINOIS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | LHR INC | 9,726.16 | 972.62 | 0.00 | 0.00 |
| 032 | M GERALD ASC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MEDICAL COLLECTIONS SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MEDICAL COLLECTIONS SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MEDICAL COLLECTIONS SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NATIONWIDE CREDIT & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NICOR GAS | 1,937.55 | 193.75 | 0.00 | 0.00 |
| 039 | PROFCRDSVS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | RMI/MESI | 2,176.03 | 217.60 | 0.00 | 0.00 |
| 041 | ROCKFORD MERCANTILE AGENCY INC | 1,331.89 | 133.19 | 0.00 | 0.00 |
| 042 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ROUNDUP FUNDING LLC | 167.32 | 16.73 | 0.00 | 0.00 |
| 046 | AFNI/VERIZON | 218.33 | 21.83 | 0.00 | 0.00 |
| 047 | ASSET ACCEPTANCE CORP | 1,603.82 | 160.38 | 0.00 | 0.00 |
| 048 | ASSET ACCEPTANCE CORP | 250.21 | 25.02 | 0.00 | 0.00 |
| 049 | ASSET ACCEPTANCE CORP | 188.94 | 18.89 | 0.00 | 0.00 |
| 051 | VERIZON NORTH, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 271,841.18 | 3,864.70 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

|  | Grand Total: | 293,894.58 | 25,918.10 | 2,048.01 | 0.00 |

Total Paid Claimant: $2,048.01
Trustee Allowance: $151.99
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009        By   /s/Heather M. Fagan